# McKool Smith

| | | |
|---|---|---|
| Daniel W. Levy<br>Direct Dial: (212) 402-9412<br>E-mail: dlevy@mckoolsmith.com | One Bryant Park<br>47th Floor<br>New York, NY 10036 | Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 |

October 3, 2018

By ECF
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      Re:    United States v. Jon Montroll
              18 Cr. 520 (RMB)

Dear Judge Berman

    This firm represents Defendant Jon Montroll in the above-referenced action.

    Sentencing is currently scheduled for November 14, 2018.

    Mr. Montroll respectfully requests that the Court adjourn sentencing to December 11, 2018, at 12:45 p.m.

    I have consulted with your Honor's courtroom deputy, who informs me that this date is available for the Court. I have also consulted with Assistant United States Attorney Andrew Thomas and can represent that he consents to the requested adjournment.

    The reason for the requested adjournment is to permit Mr. Montroll additional time to continue to work to resolve two civil matters in advance of sentencing and to obtain material necessary for his sentencing submission.

    Should the Court grant the requested adjournment, Mr. Montroll requests that the Court order Mr. Montroll's sentencing submission to be filed on or before November 20, 2018 (three weeks before sentencing) and order the Government's sentencing submission to be filed on or before November 30, 2018 (11 days before sentencing).

The Honorable Richard M. Berman
October 3, 2018
Page 2

      This schedule would provide the Court with more time to consider the submissions than provided for in the Court's Individual Rules of Practice for Criminal Case Sentencing Proceedings.

                                      Respectfully submitted,

                                                     /s/

                                      Daniel W. Levy

Sentencing adjourned to December 11, 2018, at 12:45 p.m.;
Defendant's sentencing brief to be filed on or before November 20, 2018; and
Government's sentencing brief to be filed on November 30, 2018.

SO ORDERED:

_____
The Honorable Richard M. Berman
United States District Judge

Cc:    Andrew Thomas  (by ECF)
          Assistant United States Attorney

          Michelle Millan (by e-mail)
          United States Probation Officer