

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 26, 2019

**BY ECF**

The Honorable Richard M. Berman
United States District Judge      **MEMO ENDORSED**
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/19
```

Re: *United States v. Jon E. Montroll*, **18 Cr. 520 (RMB)**

Dear Judge Berman:

The Government respectfully submits this letter in advance of Jon E. Montroll's sentencing, scheduled for April 2, 2019, to update the Court regarding the Government's efforts to identify victims of Montroll's offense and to notify those victims of these proceedings.

Since the last conference, the Government has identified approximately 256 user accounts that suffered losses as a result of the defendant's securities fraud. Of that figure, the Government has associated names or email addresses to approximately 230 of those user accounts. The remaining accounts could not be associated with names or email addresses. Based on the Government's analysis, these victims lost approximately $212,629.32 in total. The total loss figure is based on losses of 2,258.898876 bitcoin and a July 26, 2013 bitcoin price of $94.13 per bitcoin.

For those identified victims residing in the United States, the Government has sent written notice to the victims informing them of the April 2, 2019 sentencing proceeding and alerting them to their right to be heard in connection with sentencing. For those victims residing abroad, the Government has contacted the relevant foreign Government through the U.S. Department of Justice's Office of International Affairs, or, if permitted by that foreign government, provided notice to the identified victims directly. As of the date of this letter, the Government has not received any victim impact statements.

Through the FBI, the Government has also contacted the individual who sent the letter docketed at ECF Doc. 30. Based on that interview, the Government believes the individual is not a victim of the defendant's securities fraud, but rather a victim of the unidentified actor or actors who hacked the defendant's business.

The Government will provide the Court with a proposed restitution order and schedule of victims prior to the sentencing proceeding.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Andrew Thomas
Andrew Thomas
Assistant United States Attorney

---

Government shall provide all victims' names and mailing addresses forthwith. Proposed restitution order requires this information.

SO ORDERED:
Date: 4/1/19          Richard M. Berman
                                    U.S.D.J.

---

2