# McKool Smith

| Daniel W. Levy | One Bryant Park | |
| --- | --- | --- |
| Direct Dial: (212) 402-9412 | 47th Floor | Telephone: (212) 402-9400 |
| E-mail: dlevy@mckoolsmith.com | New York, NY 10036 | Facsimile: (212) 402-9444 |

April 5, 2019

By ECF
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York  10007

      Re:    <u>United States v. Jon Montroll</u>
             18 Cr.  520 (RMB)

Dear Judge Berman

      This firm represents Defendant Jon Montroll in the above-referenced action.

      Consistent with the Court's order, dated April 1, 2019, counsel for the government and I met on Tuesday, April 2, 2019, to discuss a process for exchanging information in an effort to resolve the parties' disputes regarding the precise amount of restitution.  We have begun to exchange information and expect to continue to do so.

      We expect to report back to the Court regarding our progress on or about April 25, 2019.

      Counsel for the government has reviewed the substance of this letter and has no objection to its filing.

                              Respectfully submitted,

                                      /s/

                              Daniel W. Levy

Cc:    Andrew Thomas (by ECF)
          Assistant United States Attorney