# McKool Smith

| | | |
|---|---|---|
| Daniel W. Levy<br>Direct Dial: (212) 402-9412<br>E-mail: dlevy@mckoolsmith.com | One Bryant Park<br>47th Floor<br>New York, NY 10036 | Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 |

April 26, 2019

By ECF
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York  10007

      Re:    United States v. Jon Montroll
              18 Cr. 520 (RMB)

Dear Judge Berman

     This firm represents Defendant Jon Montroll in the above-referenced case.

     The parties have continued to confer regarding the calculation of restitution and respectfully request that the Court so order the following schedule:

- The government will file a brief relating to restitution and in response to the defendant's various submissions regarding restitution on or before **May 9**.

- The defendant will file a reply brief on or before **May 22**.

- Sentencing will occur on **May 29 at 11:30 a.m.**, a date that is convenient for the parties and that I understand from your Honor's chambers is available for the Court.

                                                      Respectfully submitted,

                                                                    /s/

                                                             Daniel W. Levy

Cc:    Andrew Thomas (by ECF)
          Assistant United States Attorney

SO ORDERED:

_____
The Honorable Richard M. Berman
United States District Judge
April ____, 2019