```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Government,      :      18 Cr 520 (RMB)

      - against -                              :      **ORDER**

JON MONTROLL,
                      Defendant.
------------------------------------------------------------x

The sentence in this matter is rescheduled from 11:30 am on May 29, 2019 to 12:00 pm on June 17, 2019.

Dated: New York, New York
         May 22, 2019

                                               */s/ RMB*
                                     **RICHARD M. BERMAN**
                                          **U.S.D.J.**