# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

One Bryant Park
47th Floor
New York, NY 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

May 22, 2019

By ECF
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York  10007

      Re:    United States v. Jon Montroll
                  18 Cr. 520 (RMB)

Dear Judge Berman

      This firm represents Defendant Jon Montroll in the above-referenced action.

      Earlier today, the Court adjourned sentencing from May 29 to June 17.

      I am scheduled to be overseas on a pre-planned family vacation during the week of June 17.

      Based on my consultation with your Honor's courtroom deputy, I am aware that the Court is available to sentence the defendant on July 11 at 11:30 a.m.  I have communicated with counsel for the government, who informs me that he is also available on that day.

      Accordingly, the defendant respectfully requests that the Court further adjourn the sentencing from June 17 to July 11 at 11:30 a.m.

      Respectfully submitted,

      /s/

      Daniel W. Levy

Sentencing adjourned to July 11, 2019, at 11:30 a.m.

SO ORDERED:

_____
The Honorable Richard M. Berman
United States District Judge

May ___, 2019

**McKool Smith**
**A Professional Corporation • Attorneys**
Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Silicon Valley  |  Washington, DC
4839-6329-7943

The Honorable Richard M. Berman
May 22, 2019
Page 2

Cc:    Andrew Thomas (by ECF)
        Assistant United States Attorney

        Michelle Millan (by e-mail)
        United States Probation Officer