# McKool Smith

| Daniel W. Levy | One Bryant Park | |
| --- | --- | --- |
| Direct Dial: (212) 402-9412 | 47th Floor | Telephone: (212) 402-9400 |
| E-mail: dlevy@mckoolsmith.com | New York, NY 10036 | Facsimile: (212) 402-9444 |

July 11, 2019

<u>By ECF</u>
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York  10007

    Re:    <u>United States v. Jon Montroll</u>
           18 Cr. 520 (RMB)

Dear Judge Berman

    This firm represents Defendant Jon Montroll in the above-referenced action.

    We respectfully request that the Court permit counsel for Mr. Montroll to enter the Courthouse with a laptop to be used in connection with this morning's proceeding.

                                        Respectfully submitted,

                                                    /s/

                                                    Daniel W. Levy

Cc:    Andrew Thomas (by ECF)
          Assistant United States Attorney

SO ORDERED:

_____
The Honorable Richard M. Berman
United States District Judge
July 11, 2019