UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

UNITED STATES OF AMERICA,

               Government,               18 Cr. 520(RMB)

   -against-                            **ORDER**

JON E. MONTROLL,

               Defendant.

-------------------------------------x

    At the conference on September 10, 2019 at 9:00 a.m., the

Court would like to hear from the parties' witness(es) about the

accounting computation(s) of the Government's and Defendant's

respective restitution amounts, including offsets, etc.

Dated:    New York, New York
           September 5, 2019

                                *RMB*
                           **RICHARD M. BERMAN**
                              **U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/19