# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

One Bryant Park
47th Floor
New York, NY 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

September 9, 2019

By ECF
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York  10007

    Re:    United States v. Jon Montroll
                 18 Cr. 520 (RMB)

Dear Judge Berman

    This firm represents Defendant Jon Montroll in the above-referenced action.

    We respectfully request that the Court permit counsel for Mr. Montroll to enter the Courthouse with a laptop computer to be used in connection with tomorrow's proceeding and subject to the definitions, obligations, and restrictions of this Court's Standing Order, M10-468.

                            Respectfully submitted,

                                         /s/

                              Daniel W. Levy

Cc:    Andrew Thomas (by ECF)
         Assistant United States Attorney

SO ORDERED:

_____
The Honorable Richard M. Berman
United States District Judge

September ___, 2019

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington, DC**
4826-4004-5732