UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                   **ORDER**

        -against-                                    18 **CR.** 520 (RMB)

JON MONTROLL,

                    Defendant.
-----------------------------------------------------------X

        The Defendant's surrender at the institution designated by the Bureau of Prisons before 2:00 p.m. on October 28, 2019 is extended until 2:00 p.m. on November 29, 2019.

Dated: New York, New York
        October 8, 2019

                                              /s/ RMB
                                        **RICHARD M. BERMAN, U.S.D.J.**

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/19