```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                        :

UNITED STATES OF AMERICA

                                        :    RESTITUTION ORDER WITH
     - v. -                                LIST OF VICTIMS
                                        :

JON E. MONTROLL,                18 Cr. 520 (RMB)
    a/k/a "Ukyo,"                 :

         Defendant.
- - - - - - - - - - - - - - - - - x

        Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Andrew Thomas, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Information; the sentencing proceeding held on July 11, 2019; the restitution hearing held on September 10, 2019; the supplemental restitution proceeding held on October 8, 2019; and all other proceedings and submissions in this case, including the submission from defense counsel dated October 11, 2019 and the Government dated October 16, 2019; it is hereby ORDERED that:

        1.    **Amount of Restitution**. Jon E. Montroll the defendant, shall pay restitution in the total amount of $155,572.53 to the victims of the offense charged in Count One. The names of the identified victims are set forth in the Schedules of Victims attached hereto. Upon advice of a victim

change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Payment Schedule.** The defendant shall make restitution to victims payable to the Clerk of Court, U.S. District Court. Restitution shall be paid at the rate of 15% of the defendant's gross monthly income.

3. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
_10/22_, 2019

_RMB_  _10/22/19_
HONORABLE RICHARD M. BERMAN          DATE
UNITED STATES DISTRICT JUDGE

2